Schwan & Co., Ltd., vs. Forgey et als.

No. 13,153.

V. SCHWAN & CO., LTD., VS. J. J. FORGEY ET ALS.

SYLLABUS.

Where the alleged error of the Court of Appeals involves but a small amount,. the complaining party should endeavor to have it rectified by motion for a new trial, or amendment of judgment, before applying to this court for a writ of review.

IN RE V. Schwan & Co., Ltd., applying for *certiorari* or writ of review to the Court of Appeals, Third Circuit, State of Louisiana.

*Andrew Thorpe* and *T. H. Thorpe* for Applicants.

Submitted April 8, 1899.
Opinion handed down April 11, 1899.

The opinion of the court was delivered by

NICHOLLS, C. J.   We do not think this case calls for the exercise of the powers vested by Article 101 of the Constitution, in the Supreme Court, to have the judgment of the Court of Appeals reviewed. It. presents no exceptional features calling for action on our part.

The principal ground of complaint seems to be that portion of the judgment which dissolves plaintiff's injunction with damages.   It is claimed that there was no basis for damages, as the injunction was never made operative or enforced.   Plaintiff made no attempt to have this error (if error it was) rectified by an application for a new trial, or an amendment of judgment.   This complaint involved only twenty-five dollars, and plaintiffs should, at least, have sought relief on rehearing.